UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MICHAEL WEBB,**

   Plaintiff,

v.                                                                 **No. 4:23-cv-0140-P**

**FORT WORTH POLICE,**

   Defendant.

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the claims of Plaintiff, Michael Webb, in this action are **DISMISSED**.

**SO ORDERED** on this **16th day** of **February 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE